B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Band Digital LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**f/k/a Band Digital Inc., f/k/a Whittmanhart, Inc., d/b/a Whittmanhart Interactive** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**61-1713105** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**65 East Wacker Place, Suite 300**<br>**Chicago, IL 60601**  ZIP CODE **60601-0000** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o James Tucker Bradley**<br>**c/o Sparkline Digital LLC**<br>**155 Seaport Blvd.**<br>**Boston, MA 02210**  ZIP CODE **02210-0000** | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>-------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☒ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☒ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

**B1 (Official Form 1) (04/13)**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Band Digital LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Band Digital LLC |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

SCOTT R. CLAR 06183741
Printed Name of Attorney for Debtor(s)

Crane, Heyman, Simon, Welch & Clar
Firm Name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Address

312-641-6777 Fax:312-641-7114
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

James Tucker Bradley
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

3MD Relocation Services
2600 S. 25th Avenue
Broadview, IL 60155

Andrew Carvajal

Axcess Financial Services, Inc
7755 Montgomery Rd
Suite 400
Cincinnati, OH 45236-4197

Accurate Documentation Destruction
2500 Landmeier Road
Elk Grove Village, IL 60007

Anixter
2301 Patriot Blvd
Glenview, IL 60026

B&F Coffee Service
3535 Commercial Avenue
Northbrook, IL 60062

Ace Graphics, Inc.
2052 Corporate Lane
Naperville, IL 60563

AOL Advertising Inc.
General Post Office
PO Box 5696
New York, NY 10087

Barack, Ferrazzano, Kirschbaum &N
200 W. Madison Street
Suite
Chicago, IL 60606

ADP, Inc.
PO Box 0500
Carol Stream, IL 60132

Arthritis Foundation, Inc.
1330 W. Peachtree Street
Suite 100
Atlanta, GA 30309

Behr Paint
3400 W. Segerstrom Ave.
Santa Ana, CA 92704

Aimco
4582 Ulster Street
Suite 1100
Denver, CO 80237

Asset Comprehension Services
389 Audobon Road
Riverside, IL 60546

Black and Decker
701 Wast Joppa Rd.
Towson, MD 21286

Alexion Pharmaceuticals
Legal Department
352 Knotter Drive
Cheshire, CT 06410

Asset Consulting Services, LLC
1728 19th Street
Broadview, IL 60155

Bloomberg Businessweek
PO Box 415881
Boston, MA 02241

Alterian Inc.
PO Box 1166
c/o Michael D. Weis, Esq.
Northbrook, IL 60065

At &T
1055 Lenox Park Blvd NE
Atlanta, GA 30319

Blue Cross Blue Shield of Illinois
PO Box 1186
Chicago, IL 60690

Ambius, Inc.
485 E. Half Day Road
Suite 450
Buffalo Grove, IL 60089

Atlas DMT, LLC
Dept. CH 17263
Palatine, IL 60055

BOX.net
Dept 34666
PO Box 39000
San Francisco, CA 94139

American Egg Board
PO Box738
Park Ridge, IL 60068

Audience Science Inc.
Dept. CH 16430
Palatine, IL 60055

Brandywine Operating Partnership
555 East Lancaster Avenue
Suite 100
Radnor, PA 19087

Amjad Zaghloul
9100 S. Massasoit Ave.
Oak Lawn, IL 60453

Avon Corporation
PO Box 654
Pine Brook, NJ 07058

Bulletin News, LLC
11190 Sunrise Valley Dr.
Suite 130
Reston, VA 20191

Burlington Coat Factory
1830 Rte 130N
Burlington, NJ 08016

Corter
Bill Payment Center
Chicago, IL 60668-0001

Darren Allee

Carol Setter
11966 Harbortown Drive
Cincinnati, OH 45249

comScore Inc.
11950 Democracy Drive
Reston, VA 30190

David Aaron
5154 Euston Ct.
Bensalem, PA 19020

CDW Direct LLC
P.O. Box 75723
Chicago, IL 60675-5723

Cracker Barrel
305 Hartmann Dr.
Lebanon, TN 37088-0787

David Pardun
905 Watercress Drive
Naperville, IL 60540

Chicago Electrical Company
200 W. Jackson Blvd
Suite 1340
Chicago, IL 60608

Creditors Adjustment Bureau
Kenneth J. Freed, Esq.
PO Box 5914
Sherman Oaks, CA 91413

Dell Financial Services
PO Box 5292
Carol Stream, IL 60197-5292

Chicago Loop Parking
3195 Paysphere Circle
Chicago, IL 60674

Crowe Horwath & Company LLC
70 W. Madison
Suite 700
Chicago, IL 60602-4903

Delta Airlines
1030 Delta Blvd.
Dept 684
Atlanta, GA 30320-6001

Chris Rzepka
9450 Greenbriar Drive
Unit 2C5
Hickory Hills, IL 60457

CSL Behring
1020 First Ave.
PO Box 61501
King of Prussia, PA 19406

DeWalt
701 East Joppa Rd.
TW395
Towson, MD 21286

Christie Savery
1030 W. Byron
Unit 2W
Chicago, IL 60613

Culligan
PO Box 5277
Carol Stream, IL 60197-5277

DirecTV
PO Box 60036
Los Angeles, CA 90060-0036

CITRIX online
File 50264
Los Angeles, CA 90074-0264

Curtis Hiller
1327 W. Washington
Apt 4H
Chicago, IL 60607

Dun & Bradstreet
3 Sylvan Way
Parsippany, NJ 07054

Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279-1087

Custom Security Electronics, Inc
1155 Industrial Drive
Itasca, IL 60143-1849

Edlman PR
3200 East Randolph
65th Floor
Chicago, IL 60601

Comcast
Po Box 3001
Southeastern, PA 19398-3001

Cutting Edge Document Destruction
10E 22nd Street
Suite 216
Lombard, IL 60148

Erin Stroble
828 W. Fullerton
Apt. 405
Chicago, IL 60614

Everyday Health Inc.
345 Hudson Street
16th Floor
New York, NY 10014

Experian Consumer Direct
18500 Von Karman
Irvine, CA 92612

Federal Express Corp.
P.O. Box 94515
Palatine, IL 60094-4515

Ferdericks of Hollywood
6255 Sunset Boulevard
6th floor
Los Angeles, CA 90028

Fireproof Records Center
PO Box 1150
Grove City, OH 43123

G4 Media
5750 Wilshire Blvd
Los Angeles, CA 90036

Genentech, Inc.
PO Box 9030
South San Francisco, CA 94083-9030

Getty Images, Inc.
601 North 34th Street
Seattle, WA 98103

Goddard Systems
1016 West Ninth Avenue
King of Prussia, PA 19406

Google Inc.
Depts 33654 & 34256
PO Box 39000
San Francisco, CA 94139-3181

Grace Gussler
1192 N. Winchester
Chicago, IL 60622

Groupon
600 W. Chicago Avenue
suite 725
Chicago, IL 60654

Harley-Davidson
3700 W. Juneau Avenue
Milwaukee, WI 53201

Hollister, Inc.
2000 Hollister Drive
Libertyville, IL 60048

Illinois Secretary of State
Business Service Dept.
501 S. Second St. Rm 350
Springfield, IL 62756

Intellisphere LLC
c/o Leonard Abrams, Esq.
180 W. Washington St. Suite 910
Chicago, IL 60602

International Family Entertainment
3800 W. Alameda Ave.
Suite 1229A
Burbank, CA 91505

Iron Mountain Data Protection
PO Box 27129
New York, NY 10087-7129

James Stewart
9104 S. Dauphin Avenue
Chicago, IL 60619

Jamie Layden
4613 Murray Street
Bristol, PA 19007

Jeffrey Plagman
67 Gamewood Road
Levittown, PA 19057

Jennifer Brian
8324 Fountain Avenue
Apt. A
West Hollywood, CA 90069

John Hancock Life Insurance Co.
c/o John Silk, Esq.
55 W. Monroe St.
Chicago, IL 60603

John Wiley & Sons
One Wiley Drive
Somerset, NJ 08873

Joseph Black
2120 W. Shakespeare
Chicago, IL 60647

Kyle Winters
3300 Neshiminy Blvd
Bensalem, PA 19020

Lauren Pawlow
290 Kingswood Drive
Wheeling, IL 60090

LifeScript, Inc.

Linblad Expeditions
96 Morton Street
9th Floor
New York, NY 10014

Logan Cummins

Mansueto Ventures LLC
ATTN: CFO
7 World Trade Center, 29th Floor
New York, NY 10007

National Registered Agents
160 Greentree Drive, Suite 101
Dover, DE 19904

Rackspace SFD
PO Box 730759
Dallas, TX 75373-0759


Manuel Andrew Carvajal
825 Spring Court
Lake Zurich, IL 60047

Novartis Pharmaceutical Inc.
PO Box 5990
Portland, OR 97228

Redbox
1 Tower Lane
Suite 1200
Oakbrook Terrace, IL 60187


Mark Tisa
426 Lakeview Drive
Ridley Park, PA 19078

Old Dominion Freight Line
500 Old Dominion Way
Thomasville, NC 27360

Regal Entertainment Group
7132 Regal Lane
Knoxville, TN 37918


Massachusetts Capital Resource Co.
420 Bolyston St., Fifth Floor
Boston, MA 02116

Paetec Communications, Inc.
PO Box 1283
Buffalo, NY 14240-1283

Remedy Health Media LLC
500 Fifth Avenue, Suite 1900
New York, NY 10110


Massachusetts Medical Society
c/o Edward Margolis, Esq.
19 S. LaSalle St., Suite 701
Chicago, IL 60603

Paul Wimer
c/o Topsin Partners
Three Expressway Plaza
Roslyn Heights, NY 11577

Ricoh USA, Inc.
PO Box 802815
Chicago, IL 60680-2815


McNeil Consumer Health
7050 Camp Hill Road
Fort Washington, PA 19034

Pitney Bowes Credit Corp.
PO Box 856042
Louisville, KY 40285-6042

Robert Pickering
2702 Eastgrove Lane
Houston, TX 77027-5208


Medco
315 W. 39th Street
Suite 607
New York, NY 10018-4034

Postage by Phone
27 Waterview Drive
Shelton, CT 06484

Saatchi & Saatchi North America
375 Hudson Street
New York, NY 10014


Meijer
2929 Walker Avenue NW
Grand Rapids, MI 49544

Quaker
PO Box 049003
Chicago, IL 60604-9003

Savin Corporation - Lease
21146 Network Place
Chicago, IL 60673-1211


Mercer
1051 East Cary Street
Suite 900
Richmond, VA 23219

Quality Distribution
4041 Park Oaks Boulevard
Suite 200
Tampa, FL 33610

SC Johnson & Sons, Inc.
1525 Howe Street
Racine, WI 53403


MESA Securities Inc.
85th Avenue, 6th FL.
New York, NY 10003

Quest Diagnostics
3 Giralda Farms
Madison, NJ 07940

SDI LLC
ATTN: CFO
155 Seaport Blvd., 3rd Fl
Boston, MA 02210

Sermo, Inc.
60 South Street, Suite 910
Boston, MA 02111

Staples Business Advantage
Dept PHL 98103
Hartford, CT 06150-0851

Ungaretti & Harris
3500 Three First Nat'l Plaza
Chicago, IL 60602

Sidley Austin LLP
1 South Dearborn St.
Chicago, IL 60603

State of New York
Econ/Empire St. Development
30 South Pearl St.
Albany, NY 12245

United Spinal Association, Inc.
75-20 Astoria Blvd.
East Elmhurst, NY 11370

Sikich LLP
1415 W. Diehl Rd., Suiet 400
Naperville, IL 60563

Sterling Van Lines Inc.
4550East Olympic Blvd.
Los Angeles, CA 90022

Valueclick, Inc.
30699 Russell Ranch Rd.
Suite 250
Westlake Village, CA 91362

So-Net M3 USA Corp.
c/o Leonard Abrams, Esq.
180 W. Washington St., Ste 910
Chicago, IL 60602

Strook & Strook & Lavan LLP
Attn: CFO
180 Maiden Lane
New York, NY 10038-4982

Vertical Health
7 North Willow Street
Suite 7a
Montclair, NJ 07042

Software Management, Inc.
250 Mt. Lebanon Blvd.
Pittsburgh, PA 15234

Sunesys
185 Titus Avenue
Warrington, PA 18976

Vincent Giosa
4613 Murray Street
Bristol, PA 19007

Sparkling Digital LLC
ATTN: CFO
155 Seaport Blvd., 3rd Floor
Boston, MA 02210

Techrigy, Inc.
125 B Sully's Trail
Pittsford, NY 14534

Walt Disney Internet Group
15827 Collection Center Drive
Chicago, IL 60693

Sports 'n Spokes Magazine
c/o CFO, PVA
801 18th St., NW
Washington, DC 20006-3517

The Journal of Rheumatology
365 Bloor St., East, Suite 901
Toronto

Warner Bros. Entertainment
111 N. Hollywood Way
Burbank, CA 91505

Springtime Coffee Co.
6900River Rd.
Pennsauken, NJ 08110

The Trade Desk Inc.
c/o Robert Berger Esq.
PO Box 3045
Winnetka, CA 91396

Wayne Moving & Storage Co., Inc
100 Lawrence Drive
West Chester, PA 19380

Sprint
P.O. Bos 4181
Carol Stream, IL 60197-4181

ThermFlo, Inc.
251 Holbrook Drive
Wheeling, IL 60090

WebMD
111 8th Avenue, 7th Fl
New York, NY 10011

St. Jude Children's Research Hospit
501 St. Jude Place
Memphis, TN 38105

Ticonderoga Capital Inc.
25 Braintree Hill Park
Suite 200
Braintree, MA 02184

Wheatly Partners
80 Cuttermil Road, #302
Great Neck, NY 11021

Wolters Kluwer Health
ATTN: CFO
8420 W. Bryn Mawr Ave., Ste. 875
Chicago, IL 60631


Yahoo, Inc.
701 First Avenue
Sunnyvale, CA 94089


Your IT Force
1190 S. Pasadena Avenue
Pasadena, CA 91105


Zachary Rybacki
8813 Kenneth Terrace
Skokie, IL 60076

**United States Bankruptcy Court**
Northern District of Illinois

In re   Band Digital LLC

Debtor(s)

Case No.
Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Band Digital LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [Check if applicable]

wholly owned subsidiary of SDI LLC, a Delaware Limited Liability Company.

8/14/13

Date

SCOTT R. CLAR
Signature of Attorney or Litigant
Counsel for   Band Digital LLC
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy